> **Motion GRANTED. Sentencing reset for 8/8/12 at 2:00 p.m.**
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00036 |
| ) | JUDGE TRAUGER |
| JAMES RICHARD COFFELT ) | |

### UNOPPOSED MOTION TO RE-SET SENTENCING HEARING

Through counsel, defendant James Coffelt requests to re-set his sentencing hearing from August 3, 2012, to another time later that day or on August 6, 7, or 8. In support of this motion, defense counsel would show the following: Defense counsel has a personal scheduling conflict at 11:00 a.m. on August 3, but both parties are available to proceed with the sentencing hearing anytime during the afternoon of August 3, or on August 6, 7, or 8. The government has no opposition to this request.

For these reasons, defense counsel requests that this matter be reset from 11:00 a.m. on August 3 to any time during the afternoon of August 3, or on August 6, 7, or 8, 2012.

Respectfully submitted,

s/ *Caryll S. Alpert*
Caryll S. Alpert
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for James Richard Coffelt